RECEIVED
IN MONROE, LA.

SEP 2 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ANTHONY W. PROFIT<br>LA. DOC #579595 | CIVIL ACTION NO. 3:11-cv-1324 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN, CALDWELL<br>CORRECTIONS CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 27 day of September, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE